

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

50 Main Street
Suite 1100
White Plains, NY 10606

October 27, 2023

**By Email**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:** *United States v. Tajh Ali-Williams*, **23 Mag. 6935**

Dear Judge McCarthy,

In light of the arrest and presentment of the defendants in the above-titled matter on October 25, 2023, the Government respectfully requests that the complaint be unsealed.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By:
Kaiya Arroyo
Assistant United States Attorney
(914) 993-1919

APPLICATION GRANTED

Hon. Judith C. McCarthy   10-27-2023